UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

12 A 11:57

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff | 08CR1898-JLS<br>CRIMINAL NO. 08mj1725 |
| vs. | ORDER |
| Jose Jesus Sierra-Hernandez | RELEASING MATERIAL WITNESS |
| Defendant(s) | Booking No. 08685298 |

On order of the United States District/Magistrate Judge, **Leo S. Papas**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

Ruth Naveli Vanzzini-Angeles
(Arr: 6/12/08)

DATED: 6-12-08

**Leo S. Papas**

UNITED STATES DISTRICT/MAGISTRATE JUDGE

**RECEIVED** ______________ **DUSM**

**OR**

**W. SAMUEL HAMRICK, JR. Clerk**

**by**

**Deputy Clerk**
Roi-Ann Bressi

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

✩ U.S. GPO: 2003-581-774/70082