UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff | ) | 08CR1898-JLS |
| | ) | CRIMINAL NO. 08mj1725 |
| vs. | ) | ORDER |
| Jose Jesus Sierra-Hernandez | ) | RELEASING MATERIAL WITNESS |
| Defendant(s) | ) | Booking No. 08685298 |

Leo S. Papas

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

Victorino Juarez-Agudo
(arr: 6/11/08)

DATED: 6/12/08

Leo S. Papas

UNITED STATES DISTRICT/MAGISTRATE JUDGE

**RECEIVED** ______________
**DUSM**

**OR**

W. SAMUEL HAMRICK, JR. Clerk

by

Deputy Clerk
Roi-Ann Bressi

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

✩ U.S. GPO: 2003-581-774/70082